UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20797-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

JOSE CRUZ,

        **Defendant.**
_____/

### ORDER ON STIPULATION REGARDING RESTITUTION

THIS MATTER came before the Court on the parties' stipulation regarding restitution [DE 248]. Upon consideration of the stipulation and the entire record in this case, and pursuant to Title 18, United States Code, Sections 3663, and 3664, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The defendant shall be held joint and severally liable with co-defendants Yuremys Marchante, Lisandra Cruz, and Alexis Toledo for restitution in the amount of $20,888.97, which represents the ascertainable pecuniary losses suffered by the victims in the above-captioned matter, as a result of the offenses alleged in the Indictment. These losses are as follows:

| | | |
|---|---|---|
| a. | American Express | $9,562.95 |
| b. | Fifth Third Bank | $7,027.84 |
| c. | City National Bank | $1,456.68 |
| d. | Chase Bank | $982.94 |
| e. | Bank of America | $297.31 |
| f. | Navy Federal Credit Union | $670.01 |
| g. | United Bank of Kentucky | $79.40 |

    h.    Bank of Lexington    $200.00

    i.    Tropical Financial    $611.84

2.    The defendant shall make restitution as follows:

    (a)    During any period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries ("UNICOR") job, then the defendant must pay 50% of such wages earned toward the financial obligations imposed by this Order; (2) if the defendant does not work in a UNICOR job, then that defendant must pay a minimum of $25.00 per quarter toward the financial obligations imposed in this Order.

    (b)    Upon release from incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office, and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. These payments do not preclude the government from using any other anticipated or unexpected financial gains, assets, or income of the defendant to satisfy the restitution obligations set forth in this Order. The restitution shall be made payable to Clerk, United States Courts, and forwarded to:

    U.S. CLERK'S OFFICE
    ATTN: FINANCIAL SECTION
    400 N MIAMI AVENUE, ROOM 8N09
    MIAMI, FL 33128

Restitution payments will be forwarded by the Clerk of the Court to the victims listed above.

**DONE** and **ORDERED** at Miami, Florida on this _22_ day of June, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record
U.S. Probation
Financial Section